UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK ANGAROLA,<br>ALLISON ANGAROLA,<br>JOSE GARCIA,<br>MICHELLE COX, and<br>LISA MINCAK<br><br>                    Defendants. | 24-CR-23 (DEH)<br><br><u>SCHEDULING ORDER</u> |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and initial conference with the Court on **January 26, 2024** at **2:30 p.m**., in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: January 22, 2024
       New York, New York

                                                              _____
                                                                        DALE E. HO
                                                              United States District Judge