

# Donald D. duBoulay
Attorney at Law

305 Broadway, Suite 602
New York, NY 10007

Telephone: (212) 966-3970
Fax:         (212) 941-7108
E-mail:    dondubesq@aol.com

January 30, 2024

The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall U.S. Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: U.S. v. Mark Angarola
    24 Cr. 023 (DEH)

Dear Judge Ho:

    I write with consent of the Government to respectfully request that the court endorse a modification of Mr. Angarola's release bond as follows.

    The terms of Mr. Angarola's release on bond were set at the initial presentment in Magistrate Court on January 17, 2024. The appearance bond was set at $500,000.00, to be secured by property located at ███████████████████████████████.

    We ask that the court endorse a modification of the Bond to allow a property located ██████████████████████████████ e the security for the bond and that the amount of the bond be lowered to $400,000.00. That property has no mortgage. We also ask that all the previously imposed conditions of the bond remain in place. We respectfully request that this letter not be filed on ECF, to protect the privacy of the surety, Mr. Angarola's stepmother.

    If the court has any questions, I may be reached at (212) 966-3970

Respectfully submitted,

/s/ Donald duBoulay, Esq.

cc.: Timothy Capozzi, Assistant U.S. Attorney (via E-mail )

---

**Application GRANTED.**

The Court finds good cause for the filing of this document with redactions. The Defendant's bond shall be modified as requested. An unredacted version of this endorsement will be delivered via email to all counsel. The Clerk of Court is respectfully directed to terminate ECF No. 30.

**SO ORDERED.**

Dale E. Ho
U.S. District Judge
Dated: January 31, 2024
New York, New York