

# Donald D. duBoulay
Attorney at Law

305 Broadway, Suite 602  
New York, NY 10007

Telephone: (212) 966-3970  
Fax:     (212) 941-7108  
E-mail:   dondubesq@aol.com

February 1, 2024

The Honorable Dale E. Ho  
United States District Judge  
Thurgood Marshall U.S. Courthouse  
Southern District of New York  
40 Foley Square  
New York, NY 10007

> Application **GRANTED**. The Clerk of Court is respectfully directed to terminate ECF No. 35
>
> SO ORDERED..
>
> Dale E. Ho  
> U.S. District Judge  
> Dated: February 2, 2024  
> New York, New York

Re: U.S. v. Mark Angarola  
    24 Cr. 023 (DEH)

Dear Judge Ho:

    I write to request a modification of the release bond in the above referenced matter. Mr. Angarola's release bond requires that the property securing his release be posted by February 2, 2024. We write to respectfully request an additional week until February 9, 2024, in which to post the property referenced in the bond as security. The proposed property is out of state and as a result, securing the property is a little more challenging than initially contemplated.

    The Government consents to this request.

    If the court has any questions, I may be reached at (212) 966-3970

Respectfully submitted,

/s/ Donald duBoulay, Esq.

cc.: Timothy Capozzi, Assistant U.S. Attorney (via ECF )  
    Michael Neff, Assistant U.S. Attorney  (via ECF)