

# Donald D. duBoulay
  Attorney at Law

**305 Broadway, Suite 602**
New York, NY 10007

Telephone: (212) 966-3970
Fax:      (212) 941-7108
E-mail:    dondubesq@aol.com

February 21, 2024

The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall U.S. Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: U.S. v. Mark Angarola
    24 Cr. 023 (DEH)

Dear Judge Ho:

    I write with no objection by the government, to respectfully request an additional two weeks to post the property of his step mother as security for Mr. Angarola's release. The property is in another state, and we have confronted numerous barriers to posting the property as security. This court has on two previous occasions allowed one-week extensions of the time to perfect the security. We believe this request should be sufficient to finally secure the bond with this property.

    We respectfully request that Mr. Angarola have until March 6, 2024 to post the property as security for his bond.

    The Government does not object to this request.

    If the court has any questions, I may be reached at (212) 966-3970

                Respectfully submitted,

                /s/ Donald duBoulay, Esq.

cc.: Timothy Capozzi, Assistant U.S. Attorney (via ECF)
    Michael Neff, Assistant U.S. Attorney (via ECF)

---

Application GRANTED.

Mr. Angarola has until March 6, 2024 to post the property as security.

The Clerk Of Court is respectfully requested to close ECF No. 46.

SO ORDERED.

Dale E. Ho
U.S. District Judge
Dated: February 22, 2024
New York, New York