```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :     ORDER TO DISCLOSE
                                      TAX RETURN INFORMATION
           - v. -                :
                                      24 Cr. 23 (DEH)
MARK ANGAROLA,                   :
ALLISON ANGAROLA,
JOSE GARCIA,                     :
MICHELLE COX, and
LISA MINCAK,                     :

                Defendants.      :

- - - - - - - - - - - - - - - - - x
```

THE HONORABLE DALE E. HO, United States District Judge:

Upon motion of the United States of America requesting an Order authorizing the disclosure of tax return information in the above-captioned matter, which is unopposed, it is hereby ORDERED that the United States of America may disclose federal tax returns and return information to the named defendants and their respective counsel as necessary to comply with discovery obligations in this case.

The Clerk of Court is respectfully requested to close ECF No. 53.

DATED: February 29, 2024

_____
THE HONORABLE DALE E. HO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK