

**Donald D. duBoulay**                                      **305 Broadway, Suite 310**
  Attorney at Law                                                New York, NY 10007

Telephone: (212) 966-3970
Fax:        (212) 941-7108
E-mail:    dondubesq@aol.com

                                                             February 4, 2025

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall U.S. Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Mark Angarola
     24 Cr. 0023 (DEH)

Dear Judge Ho:

       I write on behalf of Mark Angarola to respectfully request a modification of the terms of supervised release imposed by the court previously, to include travel to New Jersey. Mr. Angarola's youngest daughter has suffered an injury while snowboarding that will require surgery. The surgery will take place at the Metropolitan Surgical Institute in South Amboy, New Jersey on February 6, 2025. Mr. Angarola request permission to travel to New Jersey for that procedure and any future follow-up that will require his daughter's presence in New Jersey.

       Mr. Angarola is in full compliance with all the terms of his release on bail. Neither the Government or Pretrial services oppose this request.

       Thank you for your consideration of this request

                                                       Respectfully submitted,

                                                             /s/

                                                       Donald duBoulay, Esq

       Cc: Timothy Capozzi, AUSA via ECF
            Michael Neff, AUSA

           Mallori Brady, US Pretrial Services

---

Application **GRANTED.** Mr. Angarola is permitted to travel to New Jersey to be present for his daughter's surgery at Metropolitan Surgical Institute on February 6, 2025. He is also permitted to travel to New Jersey for any future follow-up appointments that may be necessary for his daughter. The Clerk of Court is respectfully requested to close ECF No. 103. **SO ORDRED.**

Dated: February 5, 2025              Dale E. Ho
New York, New York               United States District Judge