

**Donald D. duBoulay**                                       **305 Broadway, Suite 602**
  Attorney at Law                                                   New York, NY 10007

Telephone: (212) 966-3970
Fax:          (212) 941-7108
E-mail:     dondubesq@aol.com

                                                              March 23, 2025

The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall U.S. Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED**.  Mr. Angarola is permitted to travel to Pensacola, FL with his family between March 27, 2025, and April 4, 2025.  Mr. Angarola is directed to provide Pretrial Services with his flight and local travel itineraries, the address of where he will be staying, and his local telephone number.  The Clerk of Court is respectfully directed to close ECF No. 117. **SO ORDERED.**

Dated: March 24, 2025                      Dale E. Ho
New York, New York                   United States District Judge

Re: U.S. v. Mark Angarola
     24 Cr. 023 (DEH)

Dear Judge Ho:

      I represent Mark Angarola in the above referenced matter. I write on his behalf to respectfully request permission for Mr. Angarola to travel with his family to Pensacola, Florida. If this request is granted, Mr. Angarola would travel on March 27, 2025 and return to the SDNY on April 4, 2025.

      Pretrial services consents to this request, and the Government defers to the judgment of the Pre-trial officer. I am informed that Mr. Angarola has been fully compliant with all the terms of his pre-trial release.

      If this request is granted, Mr. Angarola will provide pretrial services with his itinerary, address, and local telephone number.

      If the court has any questions, I may be reached at (212) 966-3970

                                                  Respectfully submitted,

                                                  /s/ Donald duBoulay, Esq.

cc.: Timothy Capozzi, Assistant U.S. Attorney (via ECF )
     Michael Neff, Assistant U.S. Attorney  (via ECF
     Mallori Brady Pretrial Service Officer