| | |
|---|---|
| **Donald D. duBoulay** | **305 Broadway, Suite 602** |
| Attorney at Law | New York, NY 10007 |

Telephone: (212) 966-3970
Fax:            (212) 941-7108
E-mail:    dondubesq@aol.com

April 25, 2025

> Application **GRANTED**. Mr. Angarola is permitted to travel to Utica, New York between April 29 2025, and April 30, 2025, to attend his daughter's graduation. Mr. Angarola shall provide Pretrial Services with the travel details for his trip. The Clerk of Court is respectively directed to close ECF No. 134.
> **SO ORDERED.**
>
> Dated: April 28, 2025         Dale E. Ho
> New York, New York         United States District Judge

The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall U.S. Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: U.S. v. Mark Angarola
       24 Cr. 023 (DEH)

Dear Judge Ho:

    I write on behalf of Mark Angarola to respectfully request permission for Mr. Angarola to travel to Utica, New York to attend the Graduation ceremony of his daughter on April 30, 2025. If this request is granted, Mr. Angarola would travel on April 29, 2025 and return to the Southern District on April 30, 2025.

    Pretrial services does not object to this request, and the Government defers to the judgment of the Pre-trial officer. I am informed that Mr. Angarola has been fully compliant with all the terms of his pre-trial release.

    If the court has any questions, I may be reached at (212) 966-3970

Respectfully submitted,<br><br>/s/ Donald duBoulay, Esq.

cc.: Timothy Capozzi, Assistant U.S. Attorney (via ECF )
      Michael Neff, Assistant U.S. Attorney  (via ECF)
      Mallori Brady U.S P.O. (via Email)
      Taelor Nisbeth U.S.P.O. (via Email)