UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                 :

UNITED STATES OF AMERICA,
                                                                                 :     CONSENT PRELIMINARY ORDER
          - v. -                                                OF FORFEITURE/
                                                                  :     MONEY JUDGMENT

MARK ANGAROLA,
                                                                 :     S5 24 Cr. 23 (DEH)
                    Defendant.
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

         WHEREAS, on or about July __9__, 2025, MARK ANGAROLA (the "Defendant"), was charged in a two-count superseding information, S5 24 Cr. 23 (DEH) (the "Information"), with one count of conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 371 (Count One), and one count of tax evasion, in violation of Title 26, United States Code, Section 7201 (Count Two);

         WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

         WHEREAS, on or about July __9__, 2025, the Defendant pled guilty to Counts One and Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to

**$2,679,445.26** in United States currency, representing the proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of **$2,679,445.26** in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorneys Timothy V. Capozzi and Michael D. Neff, and Special Assistant United States Attorney Jorge Almonte, and the Defendant and his counsel, Donald D. Duboulay, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of **$2,679,445.26** in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant MARK ANGAROLA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, 26 Federal Plaza, New York, New York 10278, and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney

By: _____/s/_____     7/1/2025
    Timothy V. Capozzi / Michael D. Neff     DATE
    Assistant United States Attorneys
    U.S. Attorney's Office, SDNY
    26 Federal Plaza
    New York, NY 10278
    (212) 637-2107

    Jorge Almonte
    Special Assistant United States Attorney

MARK ANGAROLA

By: _____[signature]_____     7/9/25
    MARK ANGAROLA                         DATE

By: _____[signature]_____     7/9/25
    Donald D. Duboulay, Esq.              DATE
    *Attorney for Defendant*
    305 Broadway, Suite 602
    New York, NY 10013

SO ORDERED:

_____[signature]_____     7/9/25
THE HONORABLE DALE E. HO            DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK