# Donald D. duBoulay
### Attorney at Law

305 Broadway, Suite 602
New York, NY 10007

Telephone: (212) 966-3970
Fax:      (212) 941-7108
E-mail:    dondubesq@aol.com

October 2, 2025

The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall U.S. Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: U.S. v. Mark Angarola
    24 Cr. 023 (DEH)

Dear Judge Ho:

> Application **GRANTED**. Mr. Angarola is permitted to travel to Orlando, FL between October 7, 2025, and October 9, 2025, to attend the memorial service of his stepfather. Mr. Angarola is directed to provide Pretrial Services with his flight and local travel itineraries, the address of where he will be staying, and his local telephone number. The Clerk of Court is respectfully directed to close ECF No. 186. **SO ORDERED.**
>
> Dated: October 2, 2025    Dale E. Ho
> New York, New York    United States District Judge

    I write on behalf of Mark Angarola with the consent of the Government and pretrial services to respectfully request that Mr. Angarola be permitted to travel to Orlando Florida on October 7, 2025 to attend a memorial service for his step-father, and to assist his mother attend to her affairs. If permitted Mr. Angarola would return to New York on October 9, 2025.

    As stated above, the Government and Pretrial services consent to this request.

    If the court has any questions, I may be reached at (212) 966-3970

Respectfully submitted,

/s/ Donald duBoulay, Esq.

cc.: Timothy Capozzi, Assistant U.S. Attorney (via ECF )
    Michael Neff, Assistant U.S. Attorney (via ECF)
    Mallori Brady U.S P.O. (via Email)
    Taelor Nisbeth U.S.P.O. (via Email)