**Donald D. duBoulay**           305 Broadway, Suite 310
   Attorney at Law                 New York, NY 10007

Telephone: (212) 966-3970
Fax:        (212) 941-7108
E-mail:    dondubesq@aol.com

                                                              October 29 2025

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application **GRANTED**. The sentencing hearing previously scheduled for November 14, 2025, shall be adjourned until **December 18, 2025**, at **2:30 p.m.** The Clerk of Court is respectfully requested to close ECF No. 201. **SO ORDERED.**
>
> Dated: October 31, 2025      Dale E. Ho
> New York, New York      United States District Judge

Re: United States v. Mark Angarola
     24 Cr. 23 (DEH)

Dear Judge Ho:

     I represent Mark Angarola in the above referenced matter. I write with the consent of the Government, to respectfully request a three-week adjournment of the sentencing hearing currently scheduled for November 14, 2025. We ask that the court reschedule the sentence hearing to a date convenient to the court. This request is made to allow counsel to obtain additional letters and materials in preparation for the sentencing. As noted, the government does not object to this request

                                                       Respectfully submitted,

                                                       /s/

                                                      Donald duBoulay, Esq
                                                      Attorney for Mark Angarola
                                                      305 Broadway, Suite 602
                                                      New York, New York, 10007
                                                       (212) 966 3970

Cc: Timothy V. Capozzi, AUSA (via ECF)
     Michael E. Neff AUSA (via ECF)